# Exhibit A

(audio recording provided via electronic media device)