UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No. 5:25-cr-00386 |
| MATTHEW ALAN LAISS | : |

**ORDER**

**AND NOW**, this 4th day of March, 2026, upon consideration of the Defendant's Motion for Judgment of Acquittal, ECF No. 53, and of the oral argument by both parties on March 3, 2026, and for the reasons set forth by the Government on the record on March 3, 2026,[1] **IT IS ORDERED THAT**:

1. The Defendant's Motion for Judgment of Acquittal, ECF No. 53, is **DENIED**.

BY THE COURT:

JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Significantly, there is evidence in the record from which a rational trier of fact could find that Mr. Laiss knew his Pennsylvania ballot was false or defective and intended to decide or mislead election officials into accepting a ballot that he knew to be defective and voted knowingly, willfully, and for the express purpose of having his vote count more than once, including that Mr. Laiss handwrote that he resided in "Ottsville, Pennsylvania" on his Pennsylvania ballot, and signed the declaration that he resided there, but voted in person in Florida three days later.