UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 5:25-cr-00386 |
| : | |
| MATTHEW ALAN LAISS : | |

**O R D E R**

**AND NOW,** this 6th day of March, 2026, upon consideration of the Defendant's renewed oral Motion for Judgment of Acquittal, made on the record on March 4, 2026, and for the reasons stated in the Court's Order dated March 4, 2026, denying the Defendant's motion for judgment of acquittal, ECF No. 60, **IT IS ORDERED THAT**:

1. The Defendant's renewed oral Motion for Judgment of Acquittal is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge