**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:25-cr-00386 |
| | : | |
| MATTHEW ALAN LAISS | : | |

**O R D E R**

    **AND NOW,** this 14th day of July, 2026, upon consideration of the Defendant's Motion for Judgment of Acquittal and Motion for New Trial, ECF No. 74, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Defendant's Motion, ECF No. 74, is **DENIED**.

                               BY THE COURT:


                               */s/ Joseph F. Leeson, Jr.*
                               JOSEPH F. LEESON, JR.
                               United States District Judge