## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 25-386** |
| | : | |
| | : | |
| MATTHEW LAISS | : | |

## NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment of conviction and sentence imposed on July 15, 2026.

.

Respectfully submitted,

*/s/ Katrina Young*
KATRINA YOUNG
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

I, Katrina Young, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed the attached Notice of Appeal via the Eastern District of Pennsylvania's Electronic Court Filing system, which sent notification to Mark Dubnoff, Assistant United States Attorney, whose office is located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania, 19106.

*/s/ Katrina Young*
KATRINA YOUNG
Assistant Federal Defender

DATE:        July 16, 2026